OAO91 (Rev. 12/03)  Criminal Complaint

# UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| UNITED STATES OF AMERICA | **CRIMINAL COMPLAINT** |
|---|---|
| V. | |
| Daniel Tan<br>24 Butte Place N.W.<br>Calgary Alberta T2L-1P2 | Case Number: 3:06-cr-055-JDR |
| (Name and Address of Defendant) | |

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. Beginning on or about December 23, 2005, until on or about, February 3, 2006, in
(Date)

the _____ District of Alaska _____ defendant(s) did,

*(Track Statutory Language of Offense)*

Knowingly distribute visual depictions that have been transported in interstate or foreign commerce by computer and the producing of such visual depictions involved the use of a minor engaging in sexually explicit conduct and such visual depictions are of such conduct.

in violation of Title  18  United States Code, Section(s)  2252(a)(2)  .

I further state that I am a(n)  Detective with the Anchorage Police Department  and that this complaint is based on the
Official Title

following facts:

SEE ATTACHED AFFIDAVIT OF DETECTIVE KEVIN VANDEGRIFF OF THE ANCHORAGE POLICE DEPARTMENT

Continued on the attached sheet and made a part of this complaint:    x Yes    No

/s/ Kevin Vandegriff
Signature of Complainant

DETECTIVE KEVIN VANDEGRIFF
Printed Name of Complainant

Sworn to before me and signed in my presence,

March 17, 2006                                at        Anchorage, Alaska
Date                                                          City and State

John D. Roberts, Magistrate Judge                    /s/ John D. Roberts (SEAL AFFIXED)
Name and Title of Judge                                 Signature of Judge