DEBORAH SMITH
Acting United States Attorney

AUDREY J. RENSCHEN
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: audrey.renschen@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>DANIEL TAN,<br>AKA "smart and funny131",<br>"joe speraza",<br><br>　　　　　　Defendant. | No.<br><br>COUNTS 1 - 3:<br>DISTRIBUTION OF CHILD PORNOGRAPHY<br>　Vio. 18 U.S.C. §§ 2252(a)(2) and (b)(1)<br><br>COUNT 4:<br>TRAVEL WITH INTENT TO ENGAGE IN ILLICIT SEXUAL CONDUCT<br>　Vio. 18 U.S.C. §§ 2423(b) |

## INDICTMENT

The Grand Jury charges that:

### COUNT 1

### DISTRIBUTION OF CHILD PORNOGRAPHY

On or about December 23, 2005, in the District of Alaska, and elsewhere, the defendant

DANIEL TAN, did knowingly distribute visual depictions with file names including,

- mar34045.jpg,
- 2d1f.jpg,
- 6b98.jpg,
- 7935re2.jpg,
- 3dcb.jpg,
- 2d0cre2.jpg,
- 2ed0.jpg,
- 3b25.jpg,
- 3ab2.jpg,
- 3ac5.jpg,

that had been mailed, shipped, and transported in interstate and foreign commerce, and the producing of those visual depictions involved the use of minors engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and those visual depictions were of such conduct.

All of which is in violation of Title 18 U.S.C. §§ 2252(a)(2) and (b)(1).

## COUNT 2

### DISTRIBUTION OF CHILD PORNOGRAPHY

On or about January 3, 2006, in the District of Alaska, and elsewhere, the defendant DANIEL TAN, did knowingly distribute visual depictions with file names including,

- 000-077.jpg,
- 14darkcollection 085.jpg,
- 14darkcollection 086.jpg,
- Alina-016.jpg,
- Alina-Serie01-PICT046.jpg,
- Alina-038.jpg,
- 3dcb.jpg

that had been mailed, shipped, and transported in interstate and foreign commerce, and the producing of those visual depictions involved the use of minors engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and those visual depictions were of such conduct.

All of which is in violation of Title 18 U.S.C. §§ 2252(a)(2) and (b)(1).

## COUNT 3

## DISTRIBUTION OF CHILD PORNOGRAPHY

On or about February 3, 2006, in the District of Alaska, and elsewhere, the defendant DANIEL TAN, did knowingly distribute visual depictions with file names including,

- casera02.jpg,
- casera13-1.jpg,
- casera14a.jpg,
- marion C 06.jpg,
- marion C 07.jpg,
- rzl10012014.jpg,
- 100_0060.jpg,

that had been mailed, shipped, and transported in interstate and foreign commerce, and the producing of those visual depictions involved the use of minors engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and those visual depictions were of such conduct.

All of which is in violation of Title 18 U.S.C. §§ 2252(a)(2) and (b)(1).

## COUNT 4

### TRAVEL WITH INTENT TO ENGAGE IN ILLICIT SEXUAL CONDUCT

On or about March 16, 2006, in the District of Alaska, and elsewhere, the defendant DANIEL TAN, did knowingly travel into the United States from Canada, for the purpose of engaging in illicit sexual conduct with another person, to wit: touching the genitals of a 6-year old girl, and an 8-year old girl.

All of which is in violation of Title 18 U.S.C. §§ 2423(b).

A TRUE BILL.

s/Grand Jury Foreperson
GRAND JURY FOREPERSON

s/ Audrey Renschen
AUDREY J. RENSCHEN
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: audrey.renschen@usdoj.gov

s/Deborah Smith
DEBORAH M. SMITH
Acting United States Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: deb.smith@usdoj.gov

DATED: __3/21/06__