MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs DANIEL TAN                     CASE NO. 3:06-cr-00029-JWS
Defendant: X Present  X In Custody

BEFORE THE HONORABLE:         JOHN D. ROBERTS

DEPUTY CLERK/RECORDER:         APRIL KARPER

UNITED STATES ATTORNEY:        AUDREY RENSCHEN

DEFENDANT'S ATTORNEY:          SUE ELLEN TATTER

U.S.P.O.:                      PAULA MCCORMICK

PROCEEDINGS: ARRAIGNMENT ON INDICTMENT HELD MARCH 24, 2006:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 9:31 a.m. court convened.

 X Copy of Indictment given to defendant: waived reading.

 X Defendant advised of general rights.  X Waived full advisement
                                           of rights.

 X Defendant advised of charges and penalties.

 X PLEAS: Not guilty to counts 1 thru 4 of the Indictment.

 X Defendant's detention continued.

 X Pretrial motions due **April 11, 2006**; Order for the
   Progression of a Criminal Case without Trial by Jury & Final
   Pretrial Date **FILED.**

 X Court advised counsel no trial date has been set.

 X OTHER: Court heard; parties to meet and confer by **March 30, 2006.** Ms. Tatter unavailable from **May 28, 2006 to June 2, 2006** and **June 8, 2006 to June 24, 2006.** Ms. Renschen unavailable from **April 24, 2006 to May 3, 2006.** Agent unavailable from **May 18, 2006 to May 28, 2006.**

At 9:39 a.m. court adjourned.

DATE:      March 24, 2006        DEPUTY CLERK'S INITIALS:    ak