Sue Ellen Tatter
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 W. Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>DANIEL TAN,<br><br>　　　　　Defendant. | NO. 3:06-CR-0029-JWS<br><br>**MOTION FOR ADDITIONAL DISCOVERY** |

　　　　　The defendant, DANIEL TAN, through counsel, Sue Ellen Tatter, hereby requests, pursuant to Rule 16, Brady v. Maryland, 373 U.S. 83 (19963), and the Due Process Clause of the Constitution, additional discovery material.  This criminal case is based on YAHOO chat room conversations between Detective Vandergriff of the Anchorage Police Department, posing as "Julie," and Mr. Tan.  The defense requests the following discovery:

　　　　　(1)　　any preliminary activity, including remarks or transcripts of chats, of Detective Vandergriff's character "Julie" in the YAHOO chat room before the private chats, in which Mr. Tan was also present (the defense needs a record of chats where Mr. Tan and "Julie" were in a chat room together, even without remarks);

(2)  All the preliminary remarks between "Julie" and Mr. Tan before they entered a private chat room;

(3)  The entire interchange in each conversation, including preliminaries;

(4)  Non-verbal responses such as clicking the "emotion" button, smiley faces, symbols, etc.; and

(5)  The YAHOO chat "Profile" of "Julie" or "momnfun".

DATED this 11th day of April, 2006.

    Respectfully submitted,

    s/Sue Ellen Tatter
    Assistant Federal Defender
    601 West 5th Avenue, Suite 800
    Anchorage, AK 99501
    Phone:    907-646-3400
    Fax:      907-646-3480
    E-Mail:   sue_ellen_tatter@fd.org

Certification:
I certify that on April 11, 2006,
a copy of this document was
served electronically on:

Audrey Renschen
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

s/Sue Ellen Tatter