UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DANIEL TAN,<br><br>Defendant. | NO. 3:06-CR-0029-JWS<br><br>**PROPOSED ORDER** |

After due consideration of the defendant's Motion for Additional Discovery, the motion is GRANTED/DENIED. Within ten days of the date of this order, the government shall produce to defendant the following discovery:

(1) any preliminary activity, including remarks or transcripts of chats, of Detective Vandergriff's character "Julie" in the YAHOO chat room before the private chats, in which Mr. Tan was also present, including chats where both were present but neither spoke;

(2) All the preliminary remarks between "Julie" and Mr. Tan before they entered a private chat room;

(3) The entire interchange in each conversation, including preliminaries;

(4) Non-verbal responses such as clicking the "emotion" button, smiley faces, symbols, etc.; and

  (5)  The Yahoo chat "Profile" of "Julie" or "momnfun".

DATED this \_\_\_\_ day of _____ 2006.

                _____
                     John D. Roberts
              United States Magistrate Judge

Case 3:06-cr-00029-JWS    Document 13-2    Filed 04/11/2006    Page 2 of 2