DEBORAH SMITH
Acting United States Attorney

AUDREY J. RENSCHEN
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: audrey.renschen@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:06-cr-029-JWS |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | MOTION TO DISMISS |
| | ) | TAN'S MOTION FOR |
| DANIEL TAN, | ) | ADDITIONAL |
| AKA "smart and funny131", | ) | DISCOVERY |
| "joe speraza", | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

COMES NOW the United States of America by and through counsel, and pursuant to D. Ak. LCrR 16.1(d), moves to dismiss Tan's Motion for Additional Discovery.

Tan did not follow the procedure set forth in the local rules, of filing his motion with "a certification that the parties have met and conferred and that the

issues set out for decision in the motion are genuinely in dispute between the parties." Id. For that reason, his motion should be dismissed without prejudice.

The government believes it has provided all the information requested in Tan's motion.

RESPECTFULLY SUBMITTED this 14th day of April, 2006 at Anchorage, Alaska

                DEBORAH M. SMITH
                United States Attorney

                s/Audrey J. Renschen
                Assistant U.S. Attorney
                222 West 7th Ave., #9, Rm. 253
                Anchorage, AK 99513-7567
                Phone: (907) 271-5071
                Fax: (907) 271-1500
                E-mail: audrey.renschen@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on April 14, 2006
a copy of the foregoing was served
electronically on Sue Ellen Tatter.

s/ Audrey J. Renschen