IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:06-cr-029-JWS |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER REGARDING |
| vs. | ) | MOTION TO DISMISS |
| | ) | TAN'S MOTION FOR |
| DANIEL TAN, | ) | ADDITIONAL |
| AKA "smart and funny131", | ) | DISCOVERY |
| "joe speraza", | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Having considered the motion filed by the United States to continue the

Dismiss the defendant's Motion for Additional Discovery, IT IS HEREBY

ORDERED that the Motion be Granted. The Motion for Additional Discovery is

dismissed.

    IT IS SO ORDERED.

    DATED this ____ day of April, 2006, at Anchorage, Alaska.


                                              _____
                                              UNITED STATES MAGISTRATE JUDGE