# MINUTES OF THE UNITED STATES DISTRICT COURT
# DISTRICT OF ALASKA

UNITED STATES v. DANIEL TAN

Case No. *3-06-cr-00029-JWS-JDR*

### THE HONORABLE JOHN D. ROBERTS, United States Magistrate Judge
Jo Ann Mingo, Judicial Assistant - Magistrate Judge's Chambers

---

## MINUTE ORDER FROM CHAMBERS

### RE:  Motion for Additional Discovery, Docket No. 13

Defendant Tan has filed a motion for additional discovery.  Docket No. 13.  The government filed a motion to dismiss defendant's motion for additional discovery at Docket No. 15.  The court will consider the government's motion at Docket 15 as an opposition to defendant's motion for additional discovery.  Accordingly, pursuant to the procedure set forth in D.Ak.LCrR. 16.1(d), requiring the filing of defendant's motion for discovery to include that "the parties have met and conferred and that the issues set out for decision in the motion are genuinely in dispute between the parties.", defendant's motion filed at Docket No. 13, for additional discovery is hereby denied.

**Entered at the direction of the Honorable John D. Roberts, United States Magistrate Judge**

April 17, 2006

Any request for other information or for clarification, modification, or reconsideration of this Order, or for extension of time must be made as a motion.  See FED.R.CIV.P. 7(b)(1); D.Ak.LR. 7.1(1).  No one should telephone, fax or write to chambers regarding pending cases. The magistrate judge's judicial assistant and/or law clerk are not permitted to discuss any aspect of this case, provide any information or communicate with any person including litigants, lawyers, witnesses and the public regarding cases.

T:\2006\06 CR\3-06-cr-00029-JWS-JDR TAN @13-15 Motion for Additional Discovery.wpd