Sue Ellen Tatter
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 W. Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   vs.<br><br>DANIEL TAN,<br><br>        Defendant. | NO. 3:06-CR-0029-JWS<br><br>**NOTICE OF INTENT TO CHANGE PLEA** |

      The defendant, DANIEL TAN, through counsel, hereby gives notice of his intent to change his plea in the above-captioned case pursuant to a plea agreement which will be filed by the government.

      Counsel respectfully requests the court to schedule a change of plea hearing at a date and time convenient to the parties and the court during the week of May 1, 2006.

      DATED this 27th day of April 2006.

                    Respectfully submitted,

                    s/Sue Ellen Tatter
                    Assistant Federal Defender
                    601 West 5th Avenue, Suite 800
                    Anchorage, AK 99501
                    Phone:    907-646-3400
                    Fax:       907-646-3480
                    E-Mail:    sue_ellen_tatter@fd.org

Certification:
I certify that on April 27, 2006,
a copy of the **Notice of Intent to Change Plea** was served electronically on:

Audrey Renschen
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

and a copy was hand delivered to:

U.S. Probation & Pretrial Services
222 W. 7th Avenue, #48, Room 168
Anchorage, AK 99513-7562


s/Sue Ellen Tatter