

Honourable John W. Sedwick
US Court House
222 West 7th Ave #48
Anchorage, AK
99513

July 18, 2006

Dear Sir

Dan Tan has been employed with EMERCOR since May, 2003. Since that time I and the EMERCOR team would classify Dan as being in the top third of our employees. Dan is a hard working, reliable, trustworthy employee.

Dan always put forth 110% into everything he does;

- When we have been short staffed Dan would be the first to offer to work a double shift or extra shifts on the weekends.
- We manufacture energy effiecient building products and are involved with Habitat for Humanity. Our involvement with Habitat includes supplying product and labour to build homes. Dan was a key member in instructing local volunteers on the assembly of our product at our last build in Camrose, Alberta.
- Dan suggested various team building activities which included holding pot luck lunches every three to four months. Dan coordinated the first lunch, purchasing and preparing all the food for our staff including a roasted pig. In thanks to Dan I gave him a card with $300 to cover his costs, which he declined.

Dan's leadership and productivity make him an invaluable member of our EMERCOR team and we look forward to his return.


Sincerely,
EMERCOR Ltd



David Rogne, P. Eng
President and COO


EMERCOR Ltd. 104 Commercial Court, Calgary, Alberta Canada T3Z 2A5   Phone: 403.531.4346   Fax: 403.531.4372   Toll-Free: 1.866.EMERCOR
www.emercor.com

**Deborah Amaolo**
5004 Elbow Drive SW
Calgary, Alberta T2S 2L5
Tel: (403) 243-8114  Fax: (403) 243-1841

April 2006

TO WHOM IT MAY CONCERN

RE:   **Daniel Tan**

It is with great sadness that I write this letter for Daniel Tan. I have been a friend of Daniel and his mother for over twenty years. I initially met the family when I hired Daniel's mom to help me with my house cleaning. In the later years, Daniel was always assisting her when she was ill or injured. Following a serious car accident she was involved in, Daniel took on the responsibility of all of her cleaning jobs himself.

In the mid 1990's I hired Daniel to clean (twice weekly) an office building I manage. Daniel cleaned the building eight times a month. Not once have I ever had to remind him about anything. Not once has there ever been a complaint by any of the tenants that something was forgotten. He has been loyal, dedicated and trustworthy, holding a key and security code to the building for over ten years.

Because of tenant office hours, Daniel always cleaned the building late in the evening. The building I manage has full security cameras, externally and hidden on all floors. I regularly review all building camera security tapes. Daniel's behavior has always been impeccable.

I have read the police charges against Daniel. I have read the newspaper articles. I have heard a lot of the details of this case. And I have heard the gossip and innuendo from the media. None of this has changed my opinion of Daniel Tan. If Daniel has a fault, it is his willingness to please, at the expense of himself, making him a target for anyone who tells him a sad story or entraps him with such a story. The travesty in this case is that counseling for Daniel, to overcome his gullibility and naiveté would be far more productive in this situation than jail time.

I fully believe in Daniel Tan, support him and will have his job waiting for him upon his return.

Sincerely,

Deborah Amaolo

Post-it® Fax Note  7671  Date  # of pages▶
To Sue Allen Tatten  From Nattie Waldman
Co./Dept.  Co.

Exhibit A - Page 2 of 2