Sue Ellen Tatter
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 W. Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>       vs.<br><br>DANIEL TAN,<br><br>             Defendant. | NO. 3:06-cr-0029-JWS<br><br>**NOTICE OF WITNESS TESTIMONY AT SENTENCING**<br><br>**(Filed on Shortened Time)** |

The defendant, DANIEL TAN, through counsel, hereby notifies the court pursuant to D. Alaska Loc. R. 32.1(f) of his intent to call Natividad Waldman to testify on his behalf at his sentencing hearing scheduled for Thursday, July 27, 2006.  As stated in the defendant's sentencing memorandum, Ms. Waldman will describe the history and characteristics of her son, Daniel Tan.

DATED this 24th day of July 2006.

Respectfully submitted,

s/Sue Ellen Tatter
Assistant Federal Defender
601 West 5th Avenue, Suite 800
Anchorage, AK 99501
Phone:      907-646-3400
Fax:        907-646-3480
E-Mail:     sue_ellen_tatter@fd.org

Certification:
I certify that on July 24, 2006,
a copy of the ***Notice of Witness Testimony at Sentencing*** was
served electronically on:

Audrey Renschen
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

and a copy was hand delivered to:

Tim Astle
Probation Officer
U.S. Probation & Pretrial Services
222 W. 7th Avenue, #48, Room 168
Anchorage, AK 99513-7562

s/Sue Ellen Tatter